IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF COLOR MANUFACTURERS,<br><br>*Plaintiff,*<br>v.<br><br>ARVIN SINGH, *et al.,*<br><br>*Defendants*. | Civil Action No.: 2:25-cv-00588 |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Plaintiff, the International Association of Color Manufacturers ("IACM"), hereby moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order and preliminary injunction to prevent irreparable harm pending decision on the merits in this case. Plaintiff seeks to restrain and enjoin Defendants from enforcing West Virginia House Bill 2354, codified as Sections 16-7-2, 16-7-4, and 18-5D-3A of the West Virginia Code, which, effective August 1, 2025, prohibits certain synthetic color additives in school nutrition programs and ultimately will broadly ban their sale in West Virginia, with limited exceptions.

Plaintiff brings this action for violations of its rights under the Equal Protection and Due Process clauses of the Fourteenth Amendment of the United States Constitution, the Bill of Attainder provision in Article I, Section 10 of the United States Constitution, and the bill of attainder and equal protection provisions of Article III, Sections 4 and 10 of the West Virginia Constitution.

Dated: October 3, 2025

Respectfully submitted,

*/s/ Carte P. Goodwin*
Carte P. Goodwin (WVSB No. 8039)
Dylan J. George (WVSB No. 14253)
FROST BROWN TODD LLP
500 Virginia Street, East, Suite 1100
Charleston, WV 25301
Telephone: (304) 348-2422
Facsimile: (304) 345-0115
cgoodwin@fbtlaw.com
dgeorge@fbtlaw.com

Philip J. O'Beirne (*pro hac vice* forthcoming)
Robert B. Gilmore (*pro hac vice* forthcoming)
Megan A. Benevento (*pro hac vice* forthcoming)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street N.W., Suite 600
Washington, DC 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
pobeirne@steinmitchell.com
rgilmore@steinmitchell.com
mbenevento@steinmitchell.com

*Attorneys for Plaintiff International Association of Color Manufacturers*

0161700.0809540   4920-6569-0735v1