**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

INTERNATIONAL ASSOCIATION OF COLOR
MANUFACTURERS,

     *Plaintiff,*

     v.

ARVIN SINGH, *et al.,*

     *Defendants.*

Civil Action No.:  2:25-cv-00588

**JOINT MOTION TO STAY**

COMES NOW the Plaintiff, International Association of Color Manufacturers, by counsel, and Defendants Arvin Singh, in his official capacity as Cabinet Secretary of the West Virginia Department of Health, and Justin Davis, in his official capacity as Interim Commissioner of the West Virginia Bureau for Health ("Defendants"), and jointly move this Honorable Court for an order staying all deadlines and proceedings in this matter pending resolution of the appeal filed by Defendants in the United States Court of Appeals for the Fourth Circuit. In support thereof, the parties respectfully state as follows:

1.     On December 23, 2025, this Court entered its Memorandum Opinion and Order granting Plaintiff's Motion for Preliminary Injunction. ECF No. 21.

2.     Thereafter, on January 22, 2026, Defendants filed their Notice of Appeal to the United States Court of Appeals for the Fourth Circuit, seeking appellate review of this Court's December 23, 2025 Order. ECF No. 25.

3.     The appeal presents significant legal issues that may materially affect the course and scope of further proceedings in this Court, including the viability of Plaintiff's claims and the propriety of the injunctive relief entered.

4.    Resolution of the appeal may simplify, narrow, or entirely resolve issues that would otherwise be litigated in this Court, thereby conserving judicial resources and avoiding potentially duplicative or inconsistent proceedings.

5.    In the absence of a stay, the parties would be required to proceed with limited discovery, motion practice, and other pretrial obligations that may ultimately prove unnecessary depending on the outcome of the appeal.

6.    The parties jointly submit that staying all current deadlines and proceedings pending appellate review will promote judicial economy, reduce litigation costs for all parties, and ensure orderly and efficient administration of this case.

7.    The requested stay will not prejudice any party and is in the interest of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that the Court:

a.    Stay all pending deadlines and further proceedings in this case pending the Fourth Circuit Appeal; and

b.    Grant such other relief as the Court deems just and proper.

Respectfully submitted this 16th day of February 2026.

Prepared By:                                                Agreed to By:

*/s/ Dylan J. George*                                       */s/ Steven R. Compton*
Carte P. Goodwin (WVSB No. 8039)                            Steven R. Compton (WVSB #6562)
Dylan J. George (WVSB No. 14253)                            Deputy Attorney General
**FBT Gibbons LLP**                                         Office of the WV Attorney General
500 Virginia Street, East, Suite 1100                       812 Quarrier St., 6th Floor
Charleston, WV  25301                                       Charleston, WV 25301
Telephone: (304) 348-2422                                   Telephone: 304-558-2131
cgoodwin@fbtgibbons.com                                     Fax: 304-558-0430
dgeorge@fbtgibbons.com

Philip J. O'Beirne (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Megan Benevento (admitted *pro hac vice*))
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street NW, Suite 600
Washington, DC 20005
Tel: 202-737-7000
POBeirne@steinmitchell.com
RGilmore@steinmitchell.com
MBenevento@steinmitchell.com

Jace H. Goins (WVSB #6894)
Chief Deputy Attorney General
Office of the WV Attorney General
1900 Kanawha Blvd., East
State Capitol, Building 1,
Room E-26E
Charleston, WV 25305
Telephone: 304-558-2021
Fax: 304-558-0430
Jace.H.Goins@wvago.gov

*Counsel for Plaintiff*                    *Counsel for Arvin Singh & Justin Davis*

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

INTERNATIONAL ASSOCIATION OF COLOR
MANUFACTURERS,

     *Plaintiff,*

     v.

ARVIN SINGH, *et al.,*

     *Defendants.*

Civil Action No.: 2:25-cv-00588

## CERTIFICATE OF SERVICE

I, Dylan J. George, hereby certify that on this 16th day of February, 2026, the foregoing

was filed using the ECF filing system, which will send notification to, and constitutes service on,

all counsel of record.

                    */s/Dylan J. George*
                    Dylan J. George (WVSB No. 14253)

0161700.0809540   4936-6993-9599v1

4